## 49063. EPPS v. THE STATE.

BELL, Chief Judge.

The entire statement made to show probable cause for the issuance of the search warrant is as follows: "I

... make this affidavit on information furnished by an informer, whom has furnished positive information in the past . . ." This is insufficient. It completely fails to meet the requirements of reasons showing the informer's reliability and how the informer obtained the information. *Sams v. State,* 121 Ga. App. 46 (172 SE2d 473).

The trial court erred in denying the motion to suppress and in admitting, over objection, the evidence obtained from the search and seizure.

*Judgment reversed. Quillian and Clark, JJ., concur.*

ARGUED FEBRUARY 4, 1974 — DECIDED MARCH 6, 1974.

*Altman, Williamson & McGraw, Robert B. Williamson,* for appellant.

*H. Lamar Cole, District Attorney,* for appellee.